IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TANAY K. JACKSON,

    Plaintiff,

v.                                                            No. 1:22-cv-00607-KG-SCY

SAM MOGHINI and
MARYLAND EUBANK APARTMENTS,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED** without prejudice.

_____
UNITED STATES DISTRICT JUDGE